**IT IS ORDERED as set forth below:**

**Date: June 14, 2017**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-66300-bem |
| | ) | |
| Walter Henry Schwab, Jr., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Walter Henry Schwab, Jr. | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The Wycliff Condo Assoc and | ) | |
| Jennifer A. Kirsch | ) | |
| Respondent. | ) | |

**CONSENT ORDER ON DEBTOR'S OBJECTION TO PROOF**
**OF CLAIM FILED BY THE WYCLIFF CONDO ASSOCIATION**
**AND JENNIFER A. KIRSCH**
**(PROOF OF CLAIM NO.4)**

The above captioned case is before the Court on the Debtor's Objection to Proof of Claim No. 4, filed by the Wycliff Condo Association and Jennifer A. Kirsch ("Objection") filed on February 21, 2017 (Doc. 115) and the Response (Doc 121) filed by Shawn M. Winterich of The Winterich Law Firm, LLC (Respondent). As set forth in the Objection, Debtor objected to the appropriate interest rate and allowance and payment of professional fees and expenses.

A Hearing on the Objection and Response was scheduled for June 14, 2017. Prior to the hearing, counsel for the Respondent and Debtor conferred and reached an agreement that the amended claim be allowed as a secured claim in the amount of $58,945.00 provided that the interest rate shall accrue at the rate of 6.25% per year. Based upon the consent of the parties resolving the Objection and Response, counsel were not required to appear.

Based upon a review of the pleadings and the consent of the Debtor and Respondent, the Court CONCLUDES and ORDERS as follows.:

1. Proof of claim number 4 shall be allowed as a secured claim in the amount of $58,945.00.

2. Interest shall accrue at the rate of 6.25% per annum.

[END OF DOCUMENT]

Prepared and presented by:

M. DENISE DOTSON, LLC
/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Consented to by:

SHAWN M. WINTERICH
/s/ Shawn M. Winterich
The Winterich Law Firm
Georgia Bar No. 771030
PO Box 71203
Marietta, GA 30007
(404) 678-7766
swinterich@winterichlaw.com

Distribution List:

Shawn M. Winterich
The Winterich Law Firm
PO Box 71203
Marietta, GA 30007