**IT IS ORDERED as set forth below:**

**Date: February 26, 2018**



_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Walter Henry Schwab, Jr., | ) | CASE NO. 15-66300 |
| | ) | |
| Debtor. | ) | |

## ORDER AND FINAL DECREE

The Court confirmed the above-named Debtor's Plan of Reorganization ("the Plan") pursuant to Order (the "Confirmation Order") entered on February 3, 2017. As required by the Confirmation Order, the Debtor filed his Application for Final Decree and requested entry of a Final Decree closing this Chapter 11 case.

It appears that distributions under the Plan have commenced and that the Plan has reached "substantial consummation" as that term is defined in 11 U.S.C. §101(2), and the United States Trustee's Office has no objection to the entry hereof. Accordingly, it is hereby

ORDERED that the provisions of the confirmed Plan are binding on all creditors and equity security holders, and it is further

ORDERED that all creditors and parties in interest are restrained from commencing or continuing any suit or other proceeding against Debtor or Debtor's assets on a claim existing at the time of the filing of the Petition, other than claims, rights, or interests arising out of or preserved in the confirmed Plan or Orders of this Court; it here further

ORDERED that the above-styled Chapter 11 case be CLOSED.

[END OF ORDER]

**Prepared & Presented By**:
Wiggam & Geer, LLC

*/s/ Will B. Geer*
Will B. Geer
Georgia Bar No. 940493
wgeer@wiggamgeer.com
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
(678) 587-8740
Attorney for the Debtor

No opposition by:

/s/ David Weidenbaum (w/ express permission)
David Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303


**Distribution List:**

Will B. Geer, 333 Sandy Springs Circle, NE, Suite 225, Atlanta, GA 30328

Office of the US Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, GA 30303

BB&T Credit Card
BB&T
Box 580435 Charlotte, NC 28258

Branch Banking & Trust Company
Bankruptcy Section/ 100-50-01-51
PO Box 1847 Wilson, NC 27894

Capital Anesthesiology

Box 116175
Atlanta, GA 30368

Federal National Mortgage Association
Seterus, Inc.
PO Box 1047 Hartford, CT 06143

Hanna Law
Hanna
2253 Northwest Parkway Marietta, GA 30067

Home Depot
Processing Center
Des Moines, IA 50634

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET PHILADELPHIA, PA. 19101-7317

Sun Trust Bank
Sun Tust Visa
Box 791250 Baltimore, MD 21279

Sun Trust Equity 3
Box 305053
Nashville, TN 37230

Sun Trust Mortgage
Box 26149
Richmond, VA 23260

SunTrust Bank
Attn: Support Services
P.O. Box 85092 Richmond, VA 23286

Woolfson Eye Clinic
Woolfson
Box 2698 Woodstock, GA 30188

Wycliff Condo Association and Jennifer A. Kirsch
c/o The Winterich Law Firm, LLC
P.O. Box 71203 Marietta, GA 30007-1203

Wycliff Condominium Association
Winterich
533-D Suite 450 Marietta, GA 30068

Wycliff Condominium Association and Jennifer
A Kirsch
PO Box 71203 Marietta GA 30007-1203